**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hipolito Lopez,<br><br>        Plaintiff,<br><br>v.<br><br>Centurian Managed Care, et al.,<br><br>        Defendants. | No. CV-20-02153-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation (R&R), issued by the Magistrate Judge to whom this case was referred, recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with court orders and failure to prosecute. (Doc. 16). The time to file objections to the R&R has run and neither party has filed objections.[1]

The Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

---

[1] Defendants have not been served and have not appeared. Plaintiff has been mailed copies of all Court orders, but these mailings have been returned as undeliverable because Plaintiff's address is not up to date.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) is accepted;

**IT IS FURTHER ORDERED** that this action is dismissed, without prejudice, for failure to comply with Court orders and failure to prosecute; and the Clerk of the Court shall enter judgment accordingly.

Dated this 8th day of April, 2021.

James A. Teilborg
Senior United States District Judge

- 2 -